E-FILED
Tuesday, 18 February, 2020  10:26:27 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| KYREN WILLIAMS | ) | 20-MJ-7028 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED
FEB 1 8 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 14, ~~2019~~ 2020 in the county of Kankakee (and elsewhere) in the Central District of Illinois, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C. § 2251(a) | Sexual Exploitation of a Minor |
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:
See attached affidavit of FBI Special Agent Michael A. Carter.

☑ Continued on the attached sheet.

s/MICHAEL A. CARTER

_Complainant's signature_

FBI Special Agent Michael A. Carter
_Printed name and title_

Sworn to before me and signed in my presence.

s/ERIC I. LONG

Date: 02/16/2020

_Judge's signature_

City and state: Champaign, Illinois

Eric I. Long, Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Michael Carter, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Springfield, Illinois, Division. I have been employed as a Special Agent for the FBI since August 2016. As part of my duties, I investigate violations of federal law relating the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. Prior to becoming a Special Agent with the FBI, I was a Police Officer for the Johnson City Police Department in Johnson City, Tennessee, for approximately five years and three months. During my tenure, I investigated various misdemeanor and felony violations of law, and was the affiant on numerous state search warrants.

2. I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of and to make arrests for the offense(s) enumerated in the production, distribution, and possession of child pornography, Title 18 of the United States Code (U.S.C.), as amended. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law

enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## RELEVANT STATUTES

4. This investigation concerns alleged violations of the following statutes:

    a. **Sexual Exploitation of a Minor (18, U.S.C. § 2251(a)):** prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct if such person intends the visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail, or the person transports such visual depiction to the United States its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail. It is also a crime to attempt to commit this offense.

    b. **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense. It is also a crime to attempt to commit this offense.

## INVESTIGATION

5. On February 14, 2020, FBI Special Agent Kurt Bendoraitis, acting in authorized undercover capacity, was operating a profile on a popular online dating/chatting application. The profile being operated was named "███████" and it displayed an age of

eighteen (18) years old. A profile picture was displayed of a male's face smiling and laying down.[1]

6. On or about February 12, 2020, a profile with the name of "lamar" initiated a message conversation with the FBI Online Covert Employee (OCE) profile. The "lamar" profile showed a picture of an outline of a face in black with brown hair. I responded to the message, and a short time later, this excerpt of conversation occurred:

| | |
|---|---|
| lamar: | How old are you exactly? |
| lamar: | You never told me |
| UCE: | Almost sixteen |
| UCE: | How old are you? |
| lamar: | I'm 29 |
| UCE: | Cool! |
| lamar: | Have you ever met up with anyone on here before? |

Conversation continued:

| | |
|---|---|
| lamar: | Can you take some pics now? |
| UCE: | I cant, my moms around rn |
| lamar: | I'm getting ready for work |
| lamar: | You can't do it in the bathroom or your bedroom? |
| UCE: | I can in a little bit, what kind of pics you want |
| lamar: | Dick, body and ass |

7. The conversation continued with both casual and sexual discussion. Soon after, the subject again brought up the topic of meeting. I responded in the affirmative, and conversation ensued regarding planning a meet up time and location. A meeting was tentatively set for when the subject got off work and the subject suggested that he would be off work between 11 pm and 12pm. The subject agreed come to my minor profile

---

[1] [redacted]

3

residence, which was a predetermined location in Bradley, Illinois on Friday once he was off work, for a sexual encounter.

8. As conversation continued, the following excerpt occurred:

> lamar: Can I see your ass?
> lamar: I'd love to see your dick too so I know what to expect when I come suck it

Conversation continued:

> lamar: So I'm just giving you head, swallowing your cum
> UCE: That's good with me!

9. Based on my training and experience, I understood this comment to mean the subject was going to perform oral sex on the minor profile.

10. In total, the conversations via the dating application and text message took place between 2:26 pm on February 12, 2020 and 11:47 pm on February 14, 2020. While there was many times where conversation was casual and cordial, there were instances where the conversation was sexually explicit in nature, as was detailed above. On at least six different occasions, the subject asked for my minor profile to take a picture of his "dick print." I understood this to be the subject asking for photos of my minor profile's clothed genital area. Additionally, the subject repeatedly made comments to the effect of wanting to perform oral sex on the minor profile.

11. FBI personnel used law enforcement investigative tools and databases to identify the subject as: Kyren Williams.

12. Law enforcement personnel obtained a driver license photo on file with the State of Illinois, and this photo was consistent with photos that the subject had posted on the dating application, as well as sent via text message.

13. On February 14, 2020, the FBI, with assistance from the Kankakee Sheriff's Office, the Kankakee Area Metropolitan Enforcement Group (KAMEG), and the Bradley Police Department conducted an operation in which the subject believed he would be meeting a fifteen year old boy at the predetermined location in Bradley, Illinois, for a sexual encounter. SA Bendoraitis maintained social media message contact with the subject during this time period and surveillance personnel observed a vehicle arrive in the area and park at the pre-determined location in Bradley, Illinois. The subject messaged, "I'm here," SA Bendoraitis messaged, "Is that you?" and the subject responded, "Yes."

14. At that time, law enforcement made contact with the subject and took him into custody. After being properly advised of his Miranda rights, Williams agreed to be interviewed.

15. During an interview, Williams admitted that he was the one who had been chatting with "█████" for the last several days, and he was aware that the OCE profile was a minor. When questioned about his interactions with the OCE profile, Williams said he knew that "█████" was under 18, but couldn't recall his exact age. Williams stated that he only wanted to do "blowjob stuff" with "█████" and he did not want to push "█████" to do anything else, everything would be his choice.

16. Agents located the following items on his person.

   a. iPhone XR

5

   b. iPad 12.9 inch pro

17. Agents located the following items in his vehicle.

   a. Wallet

   b. Trojan lubricant

   c. Trojan magnum condoms

FURTHER AFFIANT SAYETH NAUGHT,

               s/Michael Carter
               Michael Carter, Special Agent
               Federal Bureau of Investigation

Subscribed and sworn to before me
this 16th February 2020

s/Eric I. Long

Eric I. Long
United States Magistrate Judge

6