IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 20-CR-200 13 |
| v. ) | |
| ) | Title 18, United States Code, Sections |
| ) | 2422(b); 2251(a) and (e); |
| KYREN WILLIAMS, ) | 2428 and 2253. |
| ) | |
| Defendant. ) | |

# INDICTMENT

### COUNT ONE
(Attempted Enticement of a Minor)

**THE GRAND JURY CHARGES:**

On or between February 12, 2020, and February 14, 2020, in Kankakee County, in the Central District of Illinois, and elsewhere,

**KYREN WILLIAMS,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly attempt to persuade, induce, and entice an individual who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Sections 2422(b).

## COUNT TWO
(Attempted Sexual Exploitation of a Child)

THE GRAND JURY FURTHER CHARGES:

On or between February 12, 2020, and February 14, 2020, in in Kankakee County, in the Central District of Illinois, and elsewhere,

**KYREN WILLIAMS,**

defendant herein, knowingly attempted to use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and said visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and said visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE NOTICE

1. The charge contained in Counts One and Two are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2. For his engagement in the violations alleged in Count One and Two,

**KYREN WILLIAMS,**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all interest in:

    a. Any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged in Count One and Two of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Count One and Two of this Indictment; and

    c. Any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Count One and Two of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment,

printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- Apple iPhone XR
- Apple iPad 12.9 inch Pro

All pursuant to Title 18, United States Code, Sections 2253 and 2428.

A TRUE BILL,

s/Foreperson

FOREPERSON

s/Gregory Gilmore

JOHN C. MILHISER
UNITED STATES ATTORNEY
EMP