UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| United States of America,<br>　　　Plaintiff<br><br>　　vs.<br><br><br><br>Kyren Williams,<br>　　　Defendant | )<br>)<br>)<br>)　Case No.  20- CR-20013-001<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S SENTENCING OBJECTIONS AND COMMENTARY

　　Now comes the defendant by his attorney, Lawrence S. Beaumont, and hereby respectfully submits the following as his sentencing objections and position:

1. The defendant is currently scheduled for sentencing before this court on December 13, 2021.

2. The pre-sentence report calls for a total offense level of 33, with a criminal history category of I which yields an advisory sentencing range of 135 to 168 months.

3. The defendant anticipates the government will make a motion based upon defendant's assistance.

4. **The defendant does not have any objections to sentencing calculations in the revised pre-sentence report.**

5. Kyren Williams is a 31 year-old male who is single, with two siblings, who has lived in Kankakee his entire life. He was raised by his mother without his

father's input.  He has lived an exemplary life.  He was working at the time of his arrest.  He never has been in trouble with law enforcement.  He never engaged in the instant charged conduct before (passed polygraph examination). He has suffered from ADHD.  He also has had some addiction issues with marijuana which he was using at the time of his arrest.  He has been deeply remorseful for his conduct in this case.  He is looking to accept his punishment, get on with his life and move forward.

6. The defendant respectfully requests a sentence of 70 months incarceration, period of supervised release with a condition of sex offender treatment.  He further requests the court to recommend that he be allowed to take advantage of the RDAP program in the Bureau of Prisons.

7. Such a sentence would conform to the precepts of the §3553 factors.  He is unlikely to repeat this conduct, he is deeply remorseful for his conduct, and is working very hard to rectify his life.

Respectfully submitted,

Lawrence S. Beaumont
Attorney-at-Law
650 S. Dearborn St.
Suite 700
Chicago, Illinois 60654

*Lawrence S. Beaumont*
By: _____

Lawrence S. Beaumont
Attorney-at-Law
650 N. Dearborn St.
Suite 700
Chicago, Illinois 60654
(312) 287-2225
Cook County # 13386
ARDC # 6189393